IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 16-cv-01308-RBJ | Date: December 19, 2016 |
| --- | --- | --- |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
| --- | --- |
| FREE THE NIPPLE- FORT COLLINS<br>BRITTIANY HOAGLAND<br>SAMANTHA SIX<br>**Plaintiffs** | *Andrew J. McNulty*<br>*David A. Lane* |
| v. | |
| CITY OF FORT COLLINS COLORADO<br>**Defendant** | *John R. Duval*<br>*Andrew D. Ringel*<br>*Gillian Dale* |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session: 9:03 a.m.

Appearance of counsel. Also present at plaintiffs' counsel table is Eleanor Wedum.

9:04 a.m.    Opening argument by Mr. McNulty with questions from the bench.

9:09 a.m.    Opening argument by Mr. Ringel with questions from the bench.

Plaintiff, Brittiany Hoagland, called and sworn.

9:22 a.m.    Direct examination of Ms. Hoagland by Mr. McNulty.

9:32 a.m.    Cross examination of Ms. Hoagland by Mr. Ringel.
             **Exhibit F (p. 187) is admitted.**

9:47 a.m.        Redirect examination of Ms. Hoagland by Mr. McNulty.

**ORDERED:  Exhibits 1 through 6 are admitted.**

Plaintiffs' witness, Dr. Tomi-Ann Roberts, called and sworn.

9:50 a.m.        Direct examination of Dr. Roberts by Mr. McNulty.

10:08 a.m.       Cross examination of Dr. Roberts by Mr. Ringel

10:34 a.m.       Redirect examination of Dr. Roberts by Mr. McNulty.

10:36 a.m.       Examination of Dr. Roberts by the Court.

**10:38 a.m       Court in recess.**
**10:56 a.m.      Court in session.**

Plaintiff, Samantha Six, called and sworn.

10:57 a.m.       Direct examination of Ms. Six by Mr. McNulty.

11:02 a.m.       Cross examination of Ms. Six by Ms. Dale.

Defense witness, Jeff Mihelich, called and sworn.

11:07 a.m.       Direct examination of Mr. Mihelich by Mr. Ringel.
                 **Exhibits A, B, C, D, E, F, G and H are admitted.**

11:45 a.m.       Cross examination of Mr. Mihelich by Mr. Lane.

**12:01 p.m      Court in recess.**
**1:01 p.m.      Court in session.**

1:02 p.m.        Continued cross examination of Mr. Mihelich by Mr. Lane.

1:17 p.m.        Redirect examination of Mr. Mihelich by Mr. Ringel.

Defense witness, Assistant Chief Jerome Schiager, called and sworn.

1:21 p.m.        Direct examination of Assistant Chief Schiager by Ms. Dale.

1:32 p.m.        Cross examination of Assistant Chief Schiager by Mr. Lane.

1:40 p.m.        Redirect examination of Assistant Chief Schiager by Ms. Dale.

Defense witness, Megan Greer, called and sworn.

1:41 p.m. Direct examination of Ms. Greer by Ms. Dale.

1:49 p.m. Cross examination of Ms. Greer by Mr. McNulty.

1:52 p.m. Closing argument by Mr. McNulty with questions from the bench.

1:59 p.m. Closing argument by Mr. Ringel with questions from the bench.

2:10 p.m. Rebuttal closing argument by Mr. McNulty with questions from the bench.

**ORDERED: Plaintiffs' counsel may submit a trial brief.**

**[2] Motion for Preliminary Injunction is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 2:14 p.m.  Hearing concluded.  Total time in Court: 03:53

Clerk's note: Original exhibits returned to counsel, the Court retains its copy.