IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 16-cv-01308-RBJ | Date: May 14, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| FREE THE NIPPLE- FORT COLLINS<br>BRITTIANY HOAGLAND<br>SAMANTHA SIX<br>**Plaintiffs** | *Andrew J. McNulty*<br>*David A. Lane* |
| v. | |
| CITY OF FORT COLLINS COLORADO<br>**Defendant** | *Andrew D. Ringel* |

### COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 10:31 a.m.

Appearance of counsel.

Discussion held on the status of the case.

Parties will notify the Court upon Petition for Certiorari with the Supreme Court or resolution of the case around the end of June.

Court in Recess: 10:34 a.m.     Hearing concluded.     Total time in Court: 00:03